IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 21 2011
CHRIS R. JOHNSON, CLERK
DEPUTY CLERK

DAVID STEBBINS, for and on behalf of himself and others similarly situated          PLAINTIFF

vs.                    11-3058-PKH

JAMES HANNAH, DONALD CORBIN, COURTNEY HENRY,
JIM GUNTER, PAUL DANIELSON, KARAN BAKER, & ROBERT          DEFENDANTS
BROWN, IN THEIR OFFICIAL CAPACITIES AS JUSTICES OF
THE SUPREME COURT OF ARKANSAS

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Comes now, pro se Plaintiff David Stebbins, who respectfully submits the following complaint for declaratory and injunctive relief against the above-named Defendants, where I seek a declaratory judgment that there is an inherent right to judicial process imbedded in my First Amendment right to petition the government for a redress of grievences, as well as an injunction ordering the Defendants to change the binding precedent of the state of Arkansas to accommodate this declaratory judgment.

I am attempting to confirm an arbitration award against the company Harp & Associates Real Estate Services, LLC, pursuant to the Federal Arbitration Act, in the Circuit Court of Boone County, Arkansas, which is located in Harrison, AR. However, the trial court denied my motion for leave to proceed in forma pauperis, on the grounds that he is not satisfied that I have a colorable cause of action.

In a line of cases including, but not limited to, the Arkansas Supreme Court case of Walton v. Post Prison Transfer Board, Case No. 02-791, the state of Arkansas has adopted a policy that there is no inherent right to judicial process, and that another fundamental right must be present before a person actually has the right to access to the courts.

This, however, violates my federal constitutional rights, namely my first amendment right to petition the government for a redress of grievances, as well as my right to due process of law.

Furthermore, charging different amounts for filing fees, based on whether or not the petition for relief states a "colorable cause of action" in the trial court's subjective eyes manifestly amounts to

discrimination based on the content (as opposed to the time, place, and manner) of the petitions. This is First Amendment Rights 101.

Because this state policy manifestly violates two of the most fundamental freedoms that we as a people enjoy, it must pass strict scrutiny in order to be constitutional. The Defendants rightfully hold the burden of proof on passing strict scrutiny.

Regarding any potential of judicial immunity, remedies are not available by state-level appeal. The Arkansas Supreme Court has long upheld this policy; thus it would be futile for me to attempt to convince them otherwise. Besides, not only would I stand to loose, but I may even be sanctioned for filing a frivolous case. Challenges to the validity of the enactment of the Sixteenth Amendment to the United States Constitution are often considered to be frivolous because the petitioners tend to use the same tired old arguments that have long been put to rest. Considering how consistently the Arkansas state policy that there is no inherent right to judicial process has been upheld in the past, I am afraid to file this grievance in state court for fear of being sanctioned on those same "this argument has already been rejected" grounds.

Wherefore, premises considered, I respectfully pray that you declare that there is a fundamental inherent right to judicial process in the United States Constitution, award costs incurred, and other relief that the court finds appropriate.

It is so requested on this 19th day of July, 2011.

Furthermore, if my petition for leave to proceed in forma pauperis is granted, please have the Marhsal execute the service of summons, per Fed. R. Civ. P. Rule 4(c)(3).

*David Stebbins*

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

David Stebbins
1407 N Spring Rd
Apt #5
Harrison, AR 72601

U.S. District Court
35 E Mountain St
Room 510
Fayetteville, AR 72701