IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DAVID STEBBINS                                                                                          PLAINTIFF

v.                                        Case No. 3:11-CV-03058

JAMES HANNAH; DONALD CORBIN;
COURTNEY HENRY; JIM GUNTER;
PAUL DANIELSON; KAREN BAKER; and
ROBERT BROWN, in their official capacities
as justices of the Supreme Court of Arkansas                                          DEFENDANTS

**O R D E R**

Currently before the Court is the Report and Recommendation (Doc. 3) filed in this case on October 7, 2011, by the Honorable James R. Marschewski, Chief United States Magistrate Judge for the Western District of Arkansas.  More than fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendations, Plaintiff's Motion to proceed *in forma pauperis* (Doc. 2) is **DENIED** and Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 19th day of December, 2011.


*/s/ P. K. Holmes,* III
P.K. HOLMES, III
UNITED STATES DISTRICT JUDGE